U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 3 1 2006

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOE ALLAN BOUNDS | CIVIL ACTION NO. 06-0233-P |
| versus | JUDGE JAMES |
| UNITED STATES DISTRICT COURT, ET AL. | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Joe Allan Bounds ("Bounds") has filed a **Motion to Compel Discovery and Disclosure of Evidence or in the Alternative Conduct an Evidentiary Hearing (Doc. 16)**. His complaint, as amended, is still undergoing initial review, and the defendants have not yet been ordered to be served nor have they made an appearance in the action. Discovery is, therefore, premature, so the motion is **denied**. If the cases survives initial review, the court will allow adequate time to conduct discovery.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 31st day of October, 2006.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE