UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JOE ALLAN BOUNDS** | **CIVIL ACTION NO. 06-0233** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **UNITED STATES DISTRICT COURT, ET AL.** | **MAG. JUDGE MARK L. HORNSBY** |

**JUDGMENT**

For the reasons contained in this Court's Ruling and in the Report and Recommendation of the Magistrate Judge [Doc. No. 19], which the Court ADOPTS,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims under the Federal Tort Claims Act [Doc. Nos. 1, 5, 13, & 18] are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's <u>Bivens</u> claims [Doc. Nos. 1, 5, 13, & 18] are DISMISSED WITH PREJUDICE to their being asserted again until the <u>Heck</u> conditions are met.

IT IS FURTHER ORDERED that the Motion to Vacate Memorandum Order [Doc. No. 10] is DENIED AS MOOT.

IT IS FURTHER ORDERED that this action is deemed frivolous, and the dismissal shall count as a strike for purposes of proceeding <u>in forma pauperis</u> under the "three strikes" provision of 28 U.S.C. § 1915(g).

MONROE, LOUISIANA, this 18th day of April, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE